No. 82–2069.  Cox *v.* United States.  C. A. 11th Cir.  Certiorari denied.

No. 82–2071.  Drey et ux. *v.* United States.  C. A. 8th Cir.  Certiorari denied.  Reported below: 705 F. 2d 965.

No. 82–2073.  Demos *v.* Commercial Union Insurance Co., Inc.  C. A. 7th Cir.  Certiorari denied.

No. 82–2074.  Charapata et al. *v.* United States.  C. A. 9th Cir.  Certiorari denied.

No. 82–2076.  Towner et al. *v.* Vanderbilt University et al.  C. A. 6th Cir.  Certiorari denied.

No. 82–2078.  Hackford et al. *v.* First Security Bank of Utah, N.A.  C. A. 10th Cir.  Certiorari denied.

No. 82–2080.  Hess *v.* South Carolina.  Sup. Ct. S. C.  Certiorari denied.

No. 82–2081.  Ocean Sands Holding Corp. et al. *v.* Commissioner of Internal Revenue.  C. A. 4th Cir.  Certiorari denied.

No. 82–2084.  Phillippi et ux. *v.* Bechtel Associates Professional Corp., D.C., et al.  C. A. D. C. Cir.  Certiorari denied.

No. 82–2085.  Joint Council of Teamsters No. 42 et al. *v.* National Labor Relations Board et al.  C. A. 9th Cir.  Certiorari denied.

No. 82–2086.  Director of the California State Department of Social Services *v.* Zapata et al.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 82–2087.  Brown *v.* City of Atlanta.  Ct. App. Ga.  Certiorari denied.

No. 82–2089.  Beausang et al. *v.* Mullen.  C. A. 8th Cir.  Certiorari denied.